■ SMITH COOPERSTOWN, INC., et al., Appellants, v UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents.— Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.— Declaratory Judgment.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.